**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000349**
**06-AUG-2026**
**08:20 AM**
**Dkt. 90 ORD**

NO. CAAP-25-0000349

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


HYE JA CHOI, Plaintiff-Appellant, v.
ALOHA PACIFIC FEDERAL CREDIT UNION, Defendant-Appellee


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-24-0007958)


<u>**ORDER**</u>
(By: Nakasone, Chief Judge, Hiraoka and Wadsworth, JJ.)


Upon review of the **July 31, 2026 *Motion*** *for a 10-Day Extension of the Deadline for Submitting a Request for Reconsideration* and the August 3, 2026 *Appellant-Plaintiff's* ***Motion for Reconsideration*** *of Dkt. 84 (Summary Disposition Order)* filed by Hye Ja **Choi,** and the record:

1.   The court will consider Choi's Motion for Reconsideration on the merits.

2.   The Motion for Reconsideration presents no point of law or fact the court overlooked or misapprehended.  <u>See</u> Rule 40(b), Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the July 31, 2026 Motion is granted.

IT IS HEREBY FURTHER ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, August 6, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge